E-FILED
Thursday, 23 May, 2019 09:11:02 AM
Clerk, U.S. District Court, ILCD

FILED
MAY 21 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No.  19-40034 |
| ) | |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| TRISTAN SCOTT BLANK, ) | Sections 2251(a) & (e); 2253. |
| ) | |
| Defendant. ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT ONE
#### (Sexual Exploitation of a Child)

From in or about April 2016 through in or about April 2017, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**TRISTAN SCOTT BLANK,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO
**(Sexual Exploitation of a Child)**

In or about June 2018, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**TRISTAN SCOTT BLANK,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE
**(Sexual Exploitation of a Child)**

In or about December 2017, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**TRISTAN SCOTT BLANK,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR
### (Sexual Exploitation of a Child)

In or about August 2017, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**TRISTAN SCOTT BLANK,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE
### (Sexual Exploitation of a Child)

In or August 2018, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**TRISTAN SCOTT BLANK,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Minor Victim 5, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, the defendant knowing and having reason to know that said visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, such visual depiction was actually transported and transmitted using any means and facility of interstate or foreign commerce, and said visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

# FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the offenses alleged in this Indictment, the defendant,

**TRISTAN SCOTT BLANK**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

1. Any visual depiction or other matter containing such visual depiction which was possessed as alleged above in this Indictment; and

2. Any personal property used or intended to be used to commit or promote the commission of the offense charged above in this Indictment.

The property referred to above as items 1 and 2 includes, but is not limited to, the following:

- Black Samsung Galaxy S9+ cell phone in black Otterbox case
- Samsung Galaxy S7 cell phone, S/N: G930RZKAUSC
- Apple iPod, S/N: CCQNN3LLFMJG

A TRUE BILL
/s/ Foreperson

FOREPERSON

/s/ Alyssa A Raya

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
AAR

4