E-FILED
Monday, 27 April, 2020 03:53:12 PM
Clerk, U.S. District Court, ILCD

# CENTRAL DISTRICT OF ILLINOIS RULES
# FOR JAIL ELECTRONIC DISCOVERY

*THIS PAGE DOES NOT PRINT*

1. No discovery will be provided to a jail unless there is a court order authorizing it. All discovery provided to a jail will be specially marked, be read only, and is for viewing only on designated computers that have been pre-checked by the USAO.

2. The United States Attorney's Office will determine the content of the discovery sent to the jail on specially marked discs and will send the discovery directly to the jail. At the conclusion of the case, the discovery material will be returned by the jail to the USAO. Because of both security concerns and size/video technical issues, the discovery sent directly to a jail may not exactly duplicate the discovery provided to defense counsel. If the discovery provided to a jail contains less information than what is provided to defense counsel, the USAO will notify defense counsel of any differences in writing.

3. The discovery provided to the jail for reviewing on the designated computers is not a replacement for the official discovery provided to defense counsel.

4. The time allowed for inmates to view discovery on the designated discovery computers will be at the sole discretion of the jail officials.

5. The enclosed form provide additional details:

    1. **Part 1 – Case Information**: This is to be filled out by USAO

    2. **Part 2 – Detention Facility Use**: This is to be completed by detention facility upon receipt and return of the discovery to the USAO.

    3. **Part 3 – Rules Governing Use of Electronic Storage Media to View Legal Materials**: This should signed by detainee before first use of discovery materials.

    4. **Part 3a – Revocation of Access to Electronic Storage Media to View Legal Materials**: This is completed in the event the detainee loses access for failure to comply to the rules listed in part 3.

    5. **Part 4 – Jail Discovery Instructions**: The property custodian will read before issuing the computer for first use.

    6. **Part 5 – Detainee Laptop Issuance Procedures**: The procedure that must be followed each time a detainee is granted access to the discovery.

    7. **Part 6 – Discovery Viewing Log**: To be filled out by property custodian each time the detainee is granted access to the discovery.

6. A copy of the Jail Discovery Authorization Form **must** be included with each production to a detainee facility.

# JAIL DISCOVERY AUTHORIZATION FORM

## PART 1 | CASE INFORMATION

Detainee Name - Last

Assistant United States Attorney:

Detainee Name - First

Office Location:

Detainee Name - Middle Initial

Phone Number:          Fax Number:

Federal Case No:

Business Address:

Number of CDs/DVDs:

Total # of Disks

### Package Requirements:

- Only CDs/DVDs containing discovery received from the U.S. Attorney's Office can be viewed by an inmate on a jail computer.

- Defense attorneys are not allowed to directly give discovery discs to the jail.

- The envelope containing the material from the USAO will be clearly marked with the Defendant's name.

## PART 2 | DETENTION FACILITY USE

Please confirm receipt of the enclosed material by sending an e-mail to Jimmy.Henton@usdoj.gov.  In your e-mail please confirm the inmates name and number of CDs/DVDs received.

Upon confirmation from defense counsel that the discovery material can be returned to the United States Attorney's Office, or the inmate is transferred out of your facility, send an email to Jimmy.Henton@usdoj.gov that you are returning the CDs/DVDs.  In your e-mail please confirm the inmates name and number of CDs/DVDs being returned.  Then complete part 2 of the form and return with CDs/DVDs, to the USAO address listed in part 1.

I _____ am returning the following_____CDs/DVDs received in this case file.

Total # of Disks

_____          _____
Signature                                                    Date

☐ Email Confirming receipt of materials sent to Jimmy.Henton@usdoj.gov
☐ Email Confirming return of materials sent to Jimmy.Henton@usdoj.gov

- You are **not** permitted to leave the computer room without returning all media to the Facility representative.

- Media will be powered up when given to you, and powered down when they are returned.

- Other inmates are not permitted to be gathered around the computer while you are using it.

- You may **not** save information to any storage media to include CDs, DVDs, floppy disks, USB Devices or hard drives, **nor may you print anything**. Any notes taken by you are subject to inspection and confiscation by facility staff.

**I understand that if I do not abide by these rules, I may lose my access to the computer system to view my legal materials on electronic storage media.**

_____          _____

Detainee Signature                                          Date

**PART 3a | REVOCATION OF ACCESS TO USE ELECTRONIC STORAGE MEDIA
TO VIEW LEGAL MATERIALS**

In the event the detainee loses access to the computer system for failure to comply by the rules stated above, please sign and date below.  Then complete part 2 of this form and return discovery to the USAO listed in part 1.

_____          _____

Property Custodian Signature                          Date Revoked

## PART 4 | JAIL DISCOVERY INSTRUCTIONS <span style="float:right">Page 3 of 4</span>

- Legal data on electronic storage media (CDs or DVDs only) may be accepted by the institution only if it is mailed from the United States Attorney's Office. Once received, the Jail Staff will ensure the media is examined in order to verify it contains only legitimate legal documentation. Inmates are not permitted to maintain or transport the electronic removable storage media. The tracking log (part 6) **must** be used to track all material given to and returned by the inmate. Inmates **must** return all media to the issuing staff member prior to leaving the computer room. Each inmate needing access to the computer system must make an official request using the subject of Inmate legal Discovery.

- Staff will confirm the inmate has read and signed the Rules Governing Use of Electronic Storage Media to View Legal materials in part 3. This form will be kept with the log and computer discovery disc(s).

- **Facility staff MUST power on the computer prior to each session and power down the computer prior to the computer being used for any other inmate in accordance with the issuance procedures listed in part 5.** Any inmates with computer access issues shall report the issue to the assigned staff member.

- Facility staff will determine the hours when an inmate can review the legal material using the computer.

## PART 5 | DETAINEE LAPTOP ISSUANCE PROCEDURES

1. **BEFORE** issuing a laptop to an inmate, the property custodian at the detainment facility **must** boot (power on) the device and verify the Reboot/Restore RX® screen appears. The laptop should automatically load Windows 7. The property custodian will certify on the viewing log ("Start time") when this step has been completed.

2. **UPON** receipt of a laptop, the property custodian at the detainment facility **must** shutdown (power off) the device. If the laptop was shutdown by someone other than the property custodian, the property custodian **must** boot the laptop, verify the Reboot/Restore RX® appears, and the operating system loads. The property custodian will sign/certify on the viewing log ("Return time") when this step has been completed.

3. **No inmate shall be issued a laptop after another inmate until the property custodian has rebooted the laptop.** This process protects the integrity of the operating system and mitigates potential of data compromises.

# PART 6 | JAIL DISCOVERY VIEWING LOG

| INMATE | DATE | COMPUTER # | DISC # | START TIME | RETURN TIME | DEPUTY ID # | ALL DISKS RETURNED (DEPUTY SIGNATURE REQUIRED) |
|--------|------|-----------|--------|-----------|------------|------------|------------------------------------------------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |